UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

MARTIN L. COLLINS,

                Plaintiff,

vs.                                   5:08-CV-1285

US BANK NATIONAL ASSOCIATION, as
Trustee the Mstr Asset-backed Securities
Trust; RYAN P. HANA, ESQ., Attorney for
the Defendant; and AMERICAN REAL ESTATE
COMPANY OF CNY, all of Defendants Agents,
Marshal for the City of Syracuse and Police of
City of Syracuse & any 4th Party in Illegal
Contract w/American Real Estate Company
of CNY on or after 24th October 2008, for
Possession of Real Property @ 403 Fitch Street,




                Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                OF COUNSEL:

MARTIN L. COLLINS
Plaintiff, Pro Se
403 Fitch Street
Syracuse, NY 13204

DAVID N. HURD
United States District Judge

## ORDER

    Plaintiff's application to proceed without prepayment of fees is DENIED without prejudice to renew. Plaintiff has failed to answer the second part of Question Nos. 3 and 4 after answering "Yes" to the first part.

    Plaintiff's application for an Order to Show Cause with temporary restraining order is DENIED because, among other reasons, an action is pending in state court.

Plaintiff shall file a new application or pay the filing fees within thirty (30) days of the date of this order. Failure on the part of plaintiff will result in the complaint being dismissed by the clerk without further order.

IT IS SO ORDERED.

_David N. Hurd_
United States District Judge

Dated: December 2, 2008
       Utica, New York.